UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-23075-COOKE/Goodman

**CHRISTINE GAROT**,

   Plaintiff,

vs.

**NCL (BAHAMAS) LTD.**,

   Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS MATTER** is before the Court on the April 25, 2022 Report and Recommendations of the Honorable Jonathan Goodman, U.S. Magistrate Judge [ECF No. 48], recommending the case be dismissed without prejudice due to Plaintiff's failure to comply with court orders. The Report advised the parties they had 14 days to file objections (*see id.* 3); to date, no objections have been filed.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). When no party has timely objected, as here, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district

Case No. 18-23075-COOKE/Goodman

court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." (alteration added)).

The Court has reviewed the Report, the record, and applicable law. There is no clear error on the face of the record. Accordingly, it is

**ORDERED AND ADJUDGED** that Judge Goodman's Report **[ECF No. 48]** is **AFFIRMED and ADOPTED**. The case is DISMISSED without prejudice.

**DONE and ORDERED** in Miami, Florida, this 13th day of July 2022.

*[signature]*
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Jonathan Goodman, U.S. Magistrate Judge
counsel of record
Plaintiff

2